The Law Offices of Robert W. Dapelo, Esq., P.C.
110 North Ocean Avenue
Suite A
Patchogue, New York 11772
(631) 654-9500
(631) 654-4613
RobertDapelo.com
Rwdapelopc@aol.com

June 5, 2013

Honorable Judge Brodie
United States Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: Nickle v. Astramed, Docket No. CV-11-3753**

Dear Honorable Judge Brodie:

    The parties have not been able to resolve this matter.

    That defendant has not changed it's position that it will make not offer of money on this matter, which the court was informed of at our last conference and as such, we believe  do not believe any mediation with the Court will be beneficial at this time and that another conference would be futile and we should proceed to trial.

    We are respectfully requesting a jury trial at a mutually convenient time.

    Thanking you for your anticipated cooperation.

                                               Respectfully yours,

                                               Robert W. Dapelo