UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tafari Nickle,<br>Individually and on behalf of all other similarly situated,<br><br>                                Plaintiff,<br>-v-<br><br>Astramed Physician, P.C.,<br><br>                                Defendant. | **Civ. Action #: 11-CV-3753 (MKB)(RER)**<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above-entitled action on the 13th day of November, 2013, in favor of plaintiff Tafari Nickle and against defendant Astramed Physician, P.C., in the amount of $3,868.34, (ECF #50), and said judgment having been fully paid, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized to make an entry of the full and complete satisfaction of said judgment.

Dated: Queens Village, New York
        January 16th 2014

                                                    */s/ Abdul Hassan*
                                                    **Abdul K. Hassan, Esq.**
                                                    *Attorney for Plaintiff Tafari Nickle*